UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION
CASE NO: 18-21427-CIV-ALTONAGA/Goodman

## MEDIATION REPORT

JUAN CARLOS GIL,

    Plaintiff(s),

vs

NOPI ENTERPRISES, INC., et al,

    Defendant(s).
_____/

The undersigned, Lester Langer, Certified Mediator from Salmon & Dulberg Dispute Resolution, hereby reports to the Court that a mediation conference in this cause was held on: August 13, 2018. The results of the mediation conference are as follows:

____ All required parties were present or

**X** The following required parties were not present: _Plaintiff appeared by phone. Pl's atty had full authority to resolve all issues._

____ An agreement was reached. Settlement Agreement Attached.

**X** A confidential settlement agreement was reached. [struck through]

____ No agreement was reached.

____ The parties have agreed to adjourn and reconvene at a later date to continue the mediation. The Court will be notified of the continuation date.

____ The parties have agreed to continue negotiating with the assistance of the mediator. If no further Report of Mediator is filed on or before _____, the Court shall presume that an Impasse has occurred.

____ Other: _____

Respectfully Submitted:

_/s/ Lester Langer_
Lester Langer, Esq.
Florida Bar No.: 137828
Salmon & Dulberg Dispute Resolution
Biscayne Building, Suite 620
19 West Flagler Street
Miami, Florida 33130
Telephone: (305) 371-5490

Copies furnished to: Counsel